# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

ANGELA BANKER, BRENDA BRANDON, JAIMEE COTTER, ANNE PASHENEE and LISA THAYER, individuals

    Plaintiffs,

vs.

CENTRAL MICHIGAN UNIVERSITY,

    Defendant.

Case No. 1:19-cv-12601

Hon. Thomas L. Ludington

| **BURGESS SHARP & GOLDEN, PLLC**<br>**HEIDI T. SHARP (P69641)**<br>43260 Garfield, Suite 280<br>Clinton Township, MI 48038<br>(586) 226-2627<br>Heidi@bsglawfirm.com<br>Attorneys for Plaintiffs | **CLARK HILL PLC**<br>**ROBERT M. VERCRUYSSE (P21810)**<br>**ANNE-MARIE V. WELCH (P70035)**<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8325<br>rvercruysse@clarkhill.com<br>awelch@clarkhill.com<br>Attorneys for Defendants |
|---|---|

## STIPULATED ORDER JOINING ALL CLAIMS AND DISMISSING COMPLAINT WITH PREJUDICE

Defendant Central Michigan University ("Defendant") and Plaintiffs Angela Banker, Brenda Brandon, Jaimee Cotter, Anne Pashenee and Lisa Thayer ("Plaintiffs") by and through their respective counsels, state that the parties to this

action pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the entry of the Stipulated Order Joining All Claims and Dismissing Complaint with Prejudice and without costs and attorneys' fees.

IT IS HEREBY ORDERED AND ADJUDGED that the Complaint and all causes of action so joined be dismissed with prejudice and without costs and attorneys' fees awarded.

Dated: December 12, 2019  s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

**WE HEREBY STIPULATE TO THE ENTRY OF THE ORDER; APPROVED AS TO FORM:**

| **BURGESS SHARP & GOLDEN, PLLC** | **CLARK HILL PLC** |
|---|---|
| /s/Heidi T. Sharp *with permission* | /s/Robert M. Vercruysse |
| HEIDI T. SHARP (P69641) | Robert M. Vercruysse (P21810) |
| 43260 Garfield, Suite 280 | Anne-Marie V. Welch (P70035) |
| Clinton Township, MI 48038 | Attorneys for Defendants |
| (586) 226-2627 | 500 Woodward Ave., Suite 3500 |
| Heidi@bsglawfirm.com | Detroit, Michigan 48226 |
| Attorneys for Plaintiffs | (313) 965-8325 |
|  | Rvercruysse@clarkhill.com |
|  | AWelch@clarkhill.com |
|  | Attorneys for Defendant |

Dated: December 10, 2019